UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VAN JENKINS #172475,

    Plaintiff,                          NO. 5:14-cv-11812

v                                        HON. JUDITH E. LEVY

MICHIGAN DEPARTMENT        MAG. PAUL J. KOMIVES
OF CORRECTIONS, *et al.*,

    Defendants.

---

Van Jenkins #172475                  Kevin R. Himebaugh (P53374)
*In Pro Per*                                  Assistant Attorney General
G. Robert Cotton Correctional Facility   Attorney for MDOC Defendants
3500 N. Elm Road                  Michigan Department of Attorney General
Jackson, MI  49201                Corrections Division
                                                    P.O. Box 30217
                                                    Lansing, MI  48909
                                                    (517) 335-7021

---

## SUPPLEMENT TO MDOC DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS

Earlier on today's date, Defendants filed a motion and brief to quash three subpoenas that Plaintiff had served. (Dk. 29). Upon further review, defense counsel inadvertently left out a fourth subpoena, which should have been included in the motion to quash. That subpoena was directed to Sergeant Fern Bean. *See* Exhibit 1. The subpoena has the same "MUST COMPLY BY" as the other subpoenas,

1

which is September 15, 2014 at 5:00 p.m.  This fourth subpoena should be quashed for the same reasons set forth in Defendants' previously filed brief.

                Respectfully submitted,

                Bill Schuette
                Attorney General

                *s/ Kevin R. Himebaugh*
                KEVIN R. HIMEBAUGH (P53374)
                Assistant Attorney General
                Attorneys for MDOC Defendants
                Corrections Division
                P.O. Box 30217
                Lansing, MI  48909
                (517) 335-7021
                Email:  himebaughk@michigan.gov

Date:  September 23, 2014      [P53374]

Himebaugh\FED Intake\2014-0078369-A Jenkins\Supp to Mot to Quash Subpoenas

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VAN JENKINS #172475,

    Plaintiff,                    NO. 5:14-cv-11812

v                                  HON. JUDITH E. LEVY

MICHIGAN DEPARTMENT      MAG. PAUL J. KOMIVES
OF CORRECTIONS, *et al.*,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify that on **September 23, 2014**, I electronically filed **SUPPLEMENT TO MDOC DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS, INDEX OF EXHIBITS, and EXHIBIT 1,** with the Clerk of the Court using the ECF system and I certify that my secretary, Joleen McQuiston, has mailed by U.S. Postal Service the papers to the following non-ECF participant(s):

Van Jenkins #172475
*In Pro Per*
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI  49201

                                      *s/ Kevin R. Himebaugh*
                                      KEVIN R. HIMEBAUGH (P53374)
                                      Assistant Attorney General
                                      Corrections Division
                                      P.O. Box 30217
                                      Lansing, MI  48909
                                      Email:  himebaughk@michigan.gov
                                      (517) 335-7021
                                      [P53374]