UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VAN JENKINS #172475,

    Plaintiff,                      NO. 5:14-cv-11812

v                                  HON. JUDITH E. LEVY

MICHIGAN DEPARTMENT       MAG. PAUL J. KOMIVES
OF CORRECTIONS, *et al.*,

    Defendants.

---

| | |
|---|---|
| Van Jenkins #172475<br>*In Pro Per*<br>G. Robert Cotton Correctional Facility<br>3500 N. Elm Road<br>Jackson, MI 49201 | Kevin R. Himebaugh (P53374)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>Michigan Department of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-7021 |

_____/

### SECOND SUPPLEMENT TO MDOC DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS

On September 23, 2014, Defendants filed a motion and brief to quash three subpoenas that Plaintiff served (Dk. 29), as well as a Supplement to that motion (Dk. 30). Defense counsel has since been notified that Plaintiff has served an additional subpoena directed to Michelle Risely, which should be included in the motion to quash. *See* Exhibit 1. The subpoena has the same "MUST COMPLY BY" as the

1

other subpoenas, which is September 15, 2014 at 5:00 p.m.  This <u>fifth</u> subpoena should be quashed for the same reasons set forth in Defendants' previously filed brief and supplement.

          Respectfully submitted,

          Bill Schuette
          Attorney General

          *s/ Kevin R. Himebaugh*
          KEVIN R. HIMEBAUGH (P53374)
          Assistant Attorney General
          Attorneys for MDOC Defendants
          Corrections Division
          P.O. Box 30217
          Lansing, MI  48909
          (517) 335-7021
          Email:  himebaughk@michigan.gov

Date:  October 1, 2014          [P53374]

Himebaugh\FED Intake\2014-0078369-A Jenkins\2d Supp to Mot to Quash Subpoenas

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VAN JENKINS #172475,

    Plaintiff,            NO. 5:14-cv-11812

v                          HON. JUDITH E. LEVY

MICHIGAN DEPARTMENT    MAG. PAUL J. KOMIVES
OF CORRECTIONS, *et al.*,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify that on **October 1, 2014**, I electronically filed **SECOND SUPPLEMENT TO MDOC DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS, INDEX OF EXHIBITS, and EXHIBIT 1,** with the Clerk of the Court using the ECF system and I certify that my secretary, Joleen McQuiston, has mailed by U.S. Postal Service the papers to the following non-ECF participant(s):

Van Jenkins #172475
*In Pro Per*
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI  49201

                                   *s/ Kevin R. Himebaugh*
                                   KEVIN R. HIMEBAUGH (P53374)
                                   Assistant Attorney General
                                   Corrections Division
                                   P.O. Box 30217
                                   Lansing, MI  48909
                                   Email:  himebaughk@michigan.gov
                                   (517) 335-7021
                                   [P53374]